IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MOISES ENOT VELASQUEZ MONTERROSA, on behalf of himself and all others similarly situated, | § § § § | |
| Plaintiff, | § § | CA No. 5:14-cv-0448-BO |
| v. | § § | |
| MI CASITA RESTAURANTS, a.k.a. MI CASITA RESTAURANTE MEXICANO; JM MACIAS, INC.; JFC LLC; MACIAS LLC; MACIAS ENTERPRISE LLC; MC MANAGEMENT LLC; MEXICAN FOODS EXPRESS, INC.; PIRAMIDE MEXICAN FOODS, INC.; VIA 216 NC LLC; JESUS MACIAS; and JUAN MACIAS | § § § § § § § § § § § § | |
| Defendants. | § § | |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Moises Enot Velasquez Monterrosa, on behalf of himself and all others similarly situated.

Date: 8-15-2014                                /s/ *J. Derek Braziel*_____
                                               **J. DEREK BRAZIEL**
                                               State Bar No. 00793380
                                               **LEE & BRAZIEL, L.L.P.**
                                               1801 N. Lamar Street, Suite 325
                                               Dallas, Texas 75202
                                               (214) 749-1400 phone
                                               (214) 749-1010 fax

NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL                                Page - 1
Case 5:14-cv-00448-BO   Document 6   Filed 08/15/14   Page 1 of 2

www.overtimelawyer.com

/s/ *Gilda A. Hernandez*
**GILDA A. HERNANDEZ, NCSB #36812**
*Attorney in Charge*
315 S. Salem Street, Suite 310
Apex, NC 27502
ghernandez@gildahernandezlaw.com
Tel: (919) 741-8693
Fax: (919) 869-1853

**ATTORNEYS FOR PLAINTIFF**