IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CA No.: 5:14-CV-448-BO

| | |
|---|---|
| MOISES ENOT VELASQUEZ-MONTEROSSA, on behalf of himself and all others similarly situated<br>    *Plaintiff*,<br><br>v.<br><br>MI CASITA RESTAURANTS a/k/a MI CASITA RESTAURANTE MEXICANO; JM MACIAS, INC.; JFC LLC; MACIAS LLC; MACIAS ENTERPRISE LLC; MC MANAGEMENT LLC; MEXICAN FOODS EXPRESS, INC.; PIRAMIDE MEXICAN FOODS, INC.; VIA 216 NC LLC; JESUS MACIAS; and JUAN MACIAS,<br>    *Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ON PLAINTIFF'S MOTION AND SUPPORTING MEMORANDUM FOR LEAVE TO FILE EXCESS PAGES IN HIS REPLY IN SUPPORT OF HIS MOTION FOR CONDITIONAL CERTIFICATION PURSUANT TO THE FLSA, AND FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23**

The Court, having considered Plaintiff's Motion For Leave and Supporting Memorandum for Leave to File Excess Pages in His Reply in Support of His Motion for Conditional Certification is of the opinion the motion should be GRANTED.

The Court **ORDERS** that that Plaintiff be give twenty (20) pages for Plaintiff's Reply in support of his Motion.

This the ____ day of _____, 2015.

                                                                      _____
                                                                        UNITED STATES DISTRICT COURT
                                                                        MAGISTRATE JUDGE