IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:14-cv-00448-BO

| | |
|---|---|
| MOISES ENOT VELASQUEZ-MONTEROSSA, on behalf of himself and all others similarly situated, ) ) ) ) ) Plaintiff, ) ) vs. ) ) ) MI CASITA RESTAURANTS a/k/a MI ) CASITA RESTAURANTE MEXICANO; ) JM MACIAS, INC.; JFC LLC; MACIAS ) LLC; MACIAS ENTERPRISE LLC; MC ) MANAGEMENT LLC; MEXICAN ) FOODS EXPRESS, INC.; PIRAMIDE ) MEXICAN FOODS, INC.; VIA 216 NC ) LLC; JESUS MACIAS; and JUAN ) MACIAS, ) ) ) Defendants. ) | **ORDER** |

This matter having come before this Court on the Parties' Joint Motion for Extension of Time to hold mediation and provide the parties' Phase II discovery plan pursuant to Rule 6(b) and Local Rule 6.1(a); and

It appearing to this Court that good cause exists for the granting of said motion; that said motion be allowed; and that the motion should be GRANTED.

IT IS THEREFORE ORDERED that (1) mediation be held on or before thirty (30) days from the expiration of the opt-in period; (2) If the parties' mediation is unsuccessful, a proposed Phase II discovery plan is due within fifteen (15) days after any failed mediation or within a total of (forty-five) 45 days from the expiration of the opt-in/out period.

IT IS SO ORDERED.

This the 11 day of May, 2016.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE