IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MOISES ENOT VELASQUEZ MONTERROSA, on behalf of himself and all others similarly situated,<br><br>   *Plaintiff,*<br><br>   v.<br><br>MI CASITA RESTAURANTS; JM MACIAS, INC.; JFC LLC; MACIAS LLC; MACIAS ENTERPRISE LLC; MC MANAGEMENT LLC; MEXICAN FOODS EXPRESS, INC.; PIRAMIDE MEXICAN FOODS, INC.; VIA 216 LLC; JESUS MACIAS; and JUAN MACIAS,<br><br>   *Defendants.* | Case No.: 5:14-CV-448-BO |

## **PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS AND COLLECTIVE ACTION SETTLEMENT**

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Approval of the Class and Collective Action Settlement ("Motion for Final Approval"), Plaintiff respectfully requests that the Court enter an Order: (1) granting final approval of the Stipulation and Settlement Agreement (Dkt. 101-1), including the class action settlement pursuant to Fed. R. Civ. P. 23, and the Fair Labor Standards Act ("FLSA") collective action settlement contained therein; and (2) granting any other relief that the Court deems just and proper.

Plaintiff has contemporaneously submitted a Proposed Order, attached hereto as Exhibit A, for the Court's convenience.

Dated: September 15, 2017

                Respectfully submitted,

           BY:  /s/ *Gilda Adriana Hernandez*
                Gilda Adriana Hernandez (NCSB # 36812)
                Michael B. Cohen (NCSB # 50629)
                **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
                1020 Southhill Drive, Suite 130
                Cary, NC 27513
                Telephone: (919) 741-8693
                Facsimile: (919) 869-1853
                ghernandez@gildahernandezlaw.com
                mcohen@gildhernandezlaw.com

                J. Derek Braziel,
                Texas Bar. No. 00793380
                **LEE & BRAZIEL, LLP.**
                1801 N. Lamar St. Suite 325
                Dallas, TX 75202
                Phone: 214-749-1400
                Fax: 214-749-1010
                jdbraziel@l-b-law.com

                *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2017, I electronically filed the foregoing true and accurate copy of **PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS AND COLLECTIVE ACTION SETTLEMENT** with the Court using the CM/ECF system, and I hereby certify that I have thereby electronically served the document to the following:

JOSHUA M. KRASNER
N.C. State Bar No. 19132
**BARRETT LAW OFFICES, PLLC**
16 W. Martin Street, Suite 406
Raleigh, NC 27601
T: 919-999-2799
F: 919-999-2711
jkrasner@barrettlawoffices.com
www.barrettlawoffices.com

Respectfully submitted,

/s/ *Gilda Adriana Hernandez*
Gilda Adriana Hernandez (NCSB # 36812)
Michael B. Cohen (NCSB # 50629)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Telephone: (919) 741-8693
Facsimile: (919) 869-1853
ghernandez@gildahernandezlaw.com
mcohen@gildhernandezlaw.com

J. Derek Braziel,
Texas Bar. No. 00793380
**LEE & BRAZIEL, LLP.**
1801 N. Lamar St. Suite 325
Dallas, TX 75202
Phone: 214-749-1400
Fax: 214-749-1010

jdbraziel@l-b-law.com

*Attorneys for Plaintiffs*