IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-448-BO

MOISES ENOT VELASQUEZ )
MONTERROSA, on behalf of himself and all )
others similarly situated, )
)
    *Plaintiff*, )
)
v. ) **O R D E R**
)
MI CASITA RESTAURANTS; JM MACIAS, )
INC.; JFC LLC; MACIAS LLC; MACIAS )
ENTERPRISE LLC; MC MANAGEMENT LLC; )
MEXICAN FOODS EXPRESS, INC; PIRAMIDE )
MEXICAN FOODS, INC; VIA 216 LLC; )
JESUS MACIAS; and JUAN MACIAS, )
)
    *Defendants*. )

ORDER

This matter is before the Court on the parties' joint motion for final approval of their proposed settlement. The Court finds the settlement to be fair, reasonable and adequate. As discussed at the hearing and agreed to by the parties, the Court orders that claim forms be accepted for an additional 30 days. The Court directs that appropriate notice be provided to class members, permitting claimants to submit claim forms from November 1, 2017 to November 30, 2017.

As this concludes the case, the Court directs the Clerk to enter judgment as to the foregoing.

It is SO ORDERED this __ day of September, 2017.

                                        Honorable Terrence W. Boyle
                                      United States District Judge