UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MOISES ENOT VELASQUEZ MONTERROSA, )
on behalf of himself and all others similarly )
situated, )
)
Plaintiff, )
)
v. ) **JUDGMENT**
) 5:14-CV-448-BO
MI CASITA RESTAURANTS, JM MACIAS, )
INC., JFC LLC, MACIAS LLC, MACIAS )
ENTERPRISE LLC, MC MANAGEMENT )
LLC, MEXICAN FOODS EXPRESS, INC., )
PIRAMIDE MEXICAN FOODS, INC., VIA 216 )
LLC, JESUS MACIAS, and JAUN MACIAS, )
)
Defendants. )
)

**Decision by Court.**
This matter is before the Court on the parties' joint motion for final approval of their proposed settlement.

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's unopposed motion for final Approval is GRANTED, and the settlement as set forth in the parties' stipulation and settlement agreement [Dkt. 101-1] is approved. The FLSA settlement is approved. Plaintiff's unopposed motion for attorneys' fees and costs is GRANTED, and Class Counsel is awarded $833,333.33 and is reimbursed their costs of $20,000.00. The service awards for named plaintiff Moises Enot Velasquez Monterrosa in the amount of $7,000, and for plaintiff Anyi Turcios Reyes in the amount of $3,000, are reasonable.

**This judgment filed and entered on September 26, 2017, and served on**
Jesse Forester (via CM/ECF Notice of Electronic Filing)
Jimmy Braziel (via CM/ECF Notice of Electronic Filing)
Michael Cohen (via CM/ECF Notice of Electronic Filing)
Gild Hernandez (via CM/ECF Notice of Electronic Filing)
Joshua Krasner (via CM/ECF Notice of Electronic Filing)
William Barrett (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK
September 26, 2017         /s/Lindsay Stouch
                           By: Deputy Clerk